SANGER *v.* TRUESDAIL.

# Henry K. Sanger and others v. Wesley Truesdail· and others.

A plea in bar was interposed in Chancery, and the Circuit Judge, instead of passing upon it, reserved the question of its sufficiency for the opinion of the Supreme Court.—*Held*, that the Supreme Court had no jurisdiction of the question; the Constitution having conferred upon it appellate jurisdiction only, except in certain specified cases, of which this was not one.